■ In the Matter of STEVEN R. COHEN, an Attorney, Respondent. COMMITTEE ON PROFESSIONAL STANDARDS, Petitioner. [723 NYS2d 547] —Per Curiam. Respondent was admitted to practice by this Court in 1982. He maintained an office for the practice of law in Maryland, where he was admitted to practice in 1981.

By order dated January 9, 2001, the Court of Appeals of Maryland disbarred respondent upon his consent. In that proceeding, he acknowledged that he could not successfully defend himself against charges of misconduct including mishandling and misappropriation of fiduciary funds entrusted to him, neglect of a client matter, and failure to cooperate with a disciplinary agency.

We grant petitioner's unopposed motion for an order, pursuant to this Court's rules, imposing reciprocal discipline (*see*, 22

NYCRR 806.19). We further conclude that respondent should be disbarred.

Spain, J. P., Carpinello, Mugglin, Rose and Lahtinen, JJ., concur. Ordered that petitioner's motion is granted; and it is further ordered that respondent is disbarred and his name is stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately; and it is further ordered that respondent is commanded to desist and refrain from the practice of law in any form either as principal or as agent, clerk or employee of another; he is forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another any opinion as to the law or its application, or any advice in relation thereto; and it is further ordered that respondent shall comply with the provisions of this Court's rules (*see*, 22 NYCRR 806.9) regulating the conduct of disbarred attorneys.